1642-14

# ELECTRONIC RECORD

COA # 14-13-00690-CR

OFFENSE: Aggravated Robbery

STYLE: Cordero Jarreal Stevenson v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 179th District Court

DATE: November 13, 2014   Publish: No

TC CASE #: 1299880

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Cordero Jarreal Stevenson v The State of Texas

CCA # _____

_____APPELLANT'S_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: ___03/04/2015___

JUDGE: ___Per Curiam___

CCA Disposition: ___1642-14___

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

------------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**